UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>         Plaintiff,<br><br>     v.<br><br>JIM HUMES, et al.,<br><br>         Defendants. | Case No. 21-cv-02543-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Drevalera v. Justices of the California Court of Appeal for the First District*, 20-cv-07017-EMC.

**IT IS SO ORDERED.**

Dated: April 9, 2021

THOMAS S. HIXSON
United States Magistrate Judge