United States District Court
Northern District of California

1

2

3

4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7

8    TATYANA EVGENIEVNA                    Case No.  21-cv-03063-JCS
     DREVALEVA,                            *Also Filed in Case No. 20-cv-07017-EMC*
9
                Plaintiff,                 **SUA SPONTE REFERRAL TO**
10                                         **DETERMINE WHETHER CASES ARE**
          v.                               **RELATED**
11
     DEPARTMENT OF INDUSTRIAL
12   RELATIONS OF THE STATE OF
     CALIFORNIA, et al.,
13
                Defendants.
14

15

16         The Court previously granted plaintiff Tatyana Drevaleva's application to proceed in

17   forma pauperis without resolving the question of whether her complaint should be dismissed under

18   28 U.S.C. § 1915(e)(2)(B).  No defendant has yet been served or appeared.

19         Drevaleva's complaint identifies the following case numbers as related cases: 3:20-cv-

20   07017-EMC, 3:21-cv-01664-EMC, 3:21-cv-02222-EMC, and 3:21-cv-02543-EMC.  All of the

21   cases at issue arise out of Drevaleva's employment dispute with the Alameda Health System.  This

22   case is therefore REFERRED sua sponte to the Honorable Edward Chen under Civil Local Rule

23   3-12(c) to determine whether it is related to the lowest-numbered of those cases, *Drevaleva v.*

24   *Justices of the California Court of Appeal*, No. 20-cv-07017-EMC (N.D. Cal.).  Drevaleva may

25   file a response addressing whether the cases are related no later than August 6, 2021.  *See* Civ.

26   L.R. 3-12(c), 3-12(e), 7-11(b).

27         The complaint also notes as related cases 3:16-cv-07414-LB and 3:20-cv-00642-JD.  The

28   former has been closed for many years and the latter consists only of claims against the Honorable

Laurel Beeler for her adjudication of the former.  Judge Beeler is named as a defendant in the caption of this case, but Drevaleva's complaint includes no other reference to her.  The Court expresses no opinion as to whether this case is related to either of those cases, and this referral is without prejudice to any party filing a motion, or any judge issuing a referral, to determine whether they are related.

**IT IS SO ORDERED.**

Dated: August 2, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge