UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALAMEDA HEALTH SYSTEM, et al.,<br><br>　　　　Defendants. | Case No.  22-cv-01585-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to 20-cv-07017 EMC, 21-cv-01664 EMC, 21-cv-02222, 21-cv-02543 EMC, 21-cv-03061 EMC and 21-cv-03063.

　　　**IT IS SO ORDERED.**

Dated: April 7, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge